# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randy Lee Hammitt ,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      3:07-cv-356-03/3:04cr142-1

US Probation Office, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/4/07 Order.

                                                Signed: September 4, 2007

                                                Frank G. Johns, Clerk
                                                United States District Court

Dockets.Justia.com